THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
KERRY C. O'NEILL (Cal. Bar. No. 223852)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3289
    Facsimile:  (213) 894-0141
    E-mail:     kerry.oneill@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT
JUL 31 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 08-1814M |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER FOR DESIGNATING AND DETAINING MATERIAL WITNESSES |
| v. | ) | |
| JUAN CARLOS MADRIGAL and ARTURO CUEVAS MONSALVO, | ) | |
| Defendants. | ) | |

FOR GOOD CAUSE SHOWN, and pursuant to 18 U.S.C. § 3144, IT IS HEREBY ORDERED that Edgar Alexander Lima is hereby declared to be material witness in the above-captioned case.

IT IS HEREBY FURTHER ORDERED that the aforementioned material witness shall be released under the following conditions to assure his presence at trial:

    (1)  the furnishing of a $5,000 appearance bond secured by a third-party affidavit of surety without justification (with approval of the surety by Pretrial Services;

1     (2) Intensive Pretrial Services' supervision; and

2     (3) the additional conditions reflected in the Release
3 Order and Bond Form.

4     Pending the posting of the above-described appearance bond, Edgar Alexander Lima is to be remanded to the custody of the U.S. Marshal.

8 DATED: July 31, 2008

                   *Margaret A. Nagle*
                 _____
                 HONORABLE MARGARET A. NAGLE
                 UNITED STATES MAGISTRATE JUDGE

13 Presented by:

     /s/
_____
KERRY C. O'NEILL
Assistant United States Attorney

2