THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
KERRY C. O'NEILL (Cal. Bar. No. 223852)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-3289
     Facsimile:  (213) 894-0141
     E-mail:     kerry.oneill@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN CARLOS MADRIGAL<br>and ARTURO CUEVAS MONSALVO,<br><br>    Defendants. | No. 08-1814M<br><br>[PROPOSED] ORDER FOR DESIGNATING AND DETAINING MATERIAL WITNESSES |

FOR GOOD CAUSE SHOWN, and pursuant to 18 U.S.C. § 3144, IT IS HEREBY ORDERED that Gabriel Sanchez De La Torre is hereby declared to be material witness in the above-captioned case.

IT IS HEREBY FURTHER ORDERED that the aforementioned material witness shall be released under the following conditions to assure his presence at trial:

(1) the furnishing of a $5,000 appearance bond secured by a third-party affidavit of surety without justification (with approval of the surety by Pretrial Services); and

1       (2) Pretrial Services' supervision.

2       Pending the posting of the above-described appearance bond, Gabriel Sanchez De La Torre is to be remanded to the custody of the U.S. Marshal.

6 DATED: July 31, 2008

*Margaret A. Nagle*
_____
HONORABLE MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

11 Presented by:

13 _____/s/_____
KERRY C. O'NEILL
Assistant United States Attorney